**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-mc-00166-WJM-KLM

MICHAEL J. TRACY,

    Plaintiff,

v.

JEFFREY A. WEINMAN,

    Defendant.

_____

**ORDER ADOPTING JANUARY 22, 2016 ORDER AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**
_____

    This matter is before the Court on the January 22, 2016 Order and Recommendation of United States Magistrate (the "Recommendation") (ECF No. 26) which granted in part and denied in part Plaintiff's Motion to Compel (ECF No. 2), and recommended that the case be dismissed with prejudice. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 26 at 2). Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)     The Magistrate Judge's Recommendation (ECF No. 26) is ADOPTED in its entirety;

(2)     This matter is DISMISSED WITH PREJUDICE; each party shall bear his own costs.

Dated this 18th day of February, 2016.

BY THE COURT:

_____
William J. Martinez
United States District Judge