**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-mc-00166-WJM-KLM

MICHAEL J. TRACY,

    Plaintiff,

v.

JEFFREY A. WEINMAN,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order Adopting January 22, 2016 Order and Recommendation of United States Magistrate Judge, entered by the Honorable William J. Martínez, United States District Judge, on February 18, 2016, it is

ORDERED that the Magistrate Judge's Recommendation (ECF No. 26) is ADOPTED in its entirety. It is

FURTHER ORDERED that this matter is DISMISSED WITH PREJUDICE; each party shall bear his own costs.

Dated at Denver, Colorado this 19th day of February, 2016.

                                        BY THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By:   s/Deborah Hansen
                                        Deborah Hansen, Deputy Clerk